UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:  Case No. 25-18613-BKC-PDR
Chapter 13

ROBERT ALLEN GIBSON.

_____Debtor_____/

### NOTICE OF APPEARANCE BY MICHAEL H. JOHNSON, ESQ.

**COMES NOW** Michael H. Johnson, Esq., and enters this, his Notice of Appearance as attorney for Debtor, Robert Allen Gibson, and would request that copies of all pleadings, motions and notices be furnished to undersigned counsel.

**WE HEREBY CERTIFY** that a copy of the foregoing has been furnished by US mail to all parties on the attached service list, this 11th day of August, 2025.

Dated: August 11, 2025

LAW OFFICES OF MICHAEL H. JOHNSON
Attorneys for Debtor(s)
800 W. Cypress Creek Rd., Ste 502
Ft. Lauderdale, FL  33309
(954) 535-1131

By: /s/ Michael H. Johnson
    Michael H. Johnson
    Florida Bar No. 0149543

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 25-18613-PDR<br>Southern District of Florida<br>Fort Lauderdale<br>Mon Aug 11 16:46:22 EDT 2025 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One N.A.<br>by AIS InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| JP Morgan Chase<br>3415 Vision Drive<br>Columbus, OH 43219-6009 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Palm Isle I Condo Assn.<br>9545 Palm Isle Dr.<br>Boynton Beach, FL 33437-3824 |
| Robert Allen Gibson<br>2385 NW Executive Center Dr.<br>Suite 100<br>Boca Raton, FL 33431-8510 | Robin R Weiner<br>Robin R. Weiner, Chapter 13 Trustee<br>Post Office Box 559007<br>Fort Lauderdale, FL 33355-9007 | End of Label Matrix<br>Mailable recipients    7<br>Bypassed recipients    0<br>Total                  7 |