UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                                       Case No. 25-18613-BKC-PDR
                                                                             Chapter 13
ROBERT ALLEN GIBSON.

_____Debtor_____/

**DEBTOR'S EX-PARTE MOTION TO EXTEND TIME
TO PROVIDE REQUIRED INFORMATION PURSUANT TO 11 USC SECTION 521(a)**

CO``MES NOW, the Debtor, ROBERT ALLEN GIBSON., by and through the undersigned attorney and move this court for an extension of time to provide required information pursuant to 11 U.S.C. Section 521(a), and in support thereof would show as follows:

1. On July 14, 2025 the Debtor filed a Petition for Relief under Chapter 13 of the Bankruptcy Code.

2. The Chapter 13 Schedules, Notice of Payment Advices, Statement of Financial Affairs, Chapter 13 Plan, and Statement of Current Monthly Income were due on July 28, 2025.

3. The Meeting of Creditors has been scheduled for August 22, 2025 at 11:00 a.m.

4. The Debtor will need an additional four (4) days to prepare said documents, because of the need to gather all the necessary information concerning his assets and numerous creditors as we were recently retained by the Debtor.

5. The Debtor requests that this Court grant an extension of four (4) days, until August 15, 2025, to prepare and file his Chapter 13 Schedules, Notice of Payment Advices, Statement of Financial Affairs, Chapter 13 Plan, and Statement of Current Monthly Income, pursuant to Rule 3015 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, the Debtor, ROBERT ALLEN GIBSON, respectfully moves this Court to enter an order directing as follows:

A.      The Debtor shall have until August 15, 2025 to file his Chapter 13 Schedules, Notice of Payment Advices, Statement of Financial Affairs, Chapter 13 Plan, and Statement of Current Monthly Income.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed by U.S. Mail to all interested parties listed below, this 11th day of August, 2025.

| | |
|---|---|
| Dated: August 11, 2025 | LAW OFFICES OF MICHAEL H. JOHNSON<br>Attorneys for Debtor(s)<br>800 W. Cypress Creek Rd., Ste 502<br>Ft. Lauderdale, FL  33309<br>(954) 535-1131<br><br>By: /s/ Michael H. Johnson<br>    Michael H. Johnson<br>    Florida Bar No. 0149543<br><br>I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A). |

**SERVICE LIST**

Robin R. Weiner, Trustee
PO Box 559007
Ft. Lauderdale, FL 33355-9007

Robert Allen Gibson
2301 Bay Dr.
Pompano Beach, FL 33062