

# Electronically Certified Official Record

## DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Clerk of the Circuit Court & Comptroller, Palm Beach County |
| **Clerk of the Circuit Court:** | The Honorable Joseph Abruzzo |
| **Date Issued:** | 6/2/2025 11:30:18 AM |
| **Unique Reference Number:** | BAA-BAA-BCAJJ-CABIACAECBB-FBACEG-J |
| **Instrument Number:** | 20180204211 |
| **Requesting Party Code:** | 100 |
| **Requesting Party Reference:** | 15216337 |

## CERTIFICATION

Pursuant to Sections 90.955(1) and 90.902(1), Florida Statutes, and Federal Rules of Evidence 901(a), 901(b)(7), and 902(1), the attached document is electronically certified by The Honorable Joseph Abruzzo, Clerk of the Circuit Court & Comptroller, Palm Beach County, to be a true and correct copy of an official record or document authorized by law to be recorded or filed and actually recorded or filed in the office of the Clerk of the Circuit Court & Comptroller, Palm Beach County. The document may have redactions as required by law.

## HOW TO VERIFY THIS DOCUMENT

This electronically certified document contains a unique electronic reference number for identification printed on each page. This document is delivered in PDF format and contains a digital signature identifying the certifier and tamper-evident seal validating this document as a true and accurate copy of the original recorded. To view the tamper-evident seal and verify the certifier's digital signature, open this document with Adobe Reader software. Instructions for verifying this instrument are available for customers in the USA and Canada and for customers in other countries.

**The web address shown above contains an embedded link to the verification page for this particular document.



Return to: (enclose self-addressed stamped envelope)

Name:

Address:

CFN 20180204211
OR BK 29879 PG 1613
RECORDED 05/25/2018 13:00:44
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 1613 - 1614; (2pgs)

Unique Code : BAA-BAA-BCAJJ-CABIACAECBB-FBACEG-J Page 1 of 2

IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT IN AND FOR PALM
BEACH COUNTY, FLORIDA

CASE NO. 50-2009CA033862XXXXMBAE

SARA DOZIER,

      Petitioner,

vs.

JEFFREY M. SISKIND, ESQUIRE,
and PATRIOT RESIDENTIAL
PROPERTIES, INC.

      Defendants.
_____/

FILED 2010 DEC -1 PM 1:47 SHARON R. BOCK, CLERK PALM BEACH COUNTY CIRCUIT CIVIL FL

## ORDER ON MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT

**THIS MATTER** having come before this Court upon Plaintiff's Motion for Entry of Final Default Judgment against Defendants, JEFFREY M. SISKIND, ESQUIRE, and PATRIOT RESIDENTIAL PROPERTIES, INC., and the Court having reviewed the file and in consideration thereof, it is:

**ORDERED AND ADJUDGED** that a Final Default Judgment is hereby entered in favor of Plaintiff, SARA DOZIER, in the amount of $403,186.27 against Defendants, JEFFREY M. SISKIND, ESQUIRE, individually, and PATRIOT RESIDENTIAL PROPERTIES, INC., jointly and severally, for which let execution issue.

This Court retains jurisdiction to award Plaintiff all costs and attorney's fees incurred in this matter.

DONE AND ORDERED in Chambers in Palm Beach County, West Palm Beach, Florida this _1_ day of _December_ ~~November~~, 2010.

CIRCUIT COURT JUDGE
**TIMOTHY P. McCARTHY**

CFN 20100471954, OR BK 24248 PG 199, RECORDED 12/09/2010 11:24:02
Sharon R. Bock, CLERK & COMPTROLLER, Palm Beach County, NUM OF PAGES 2

I HEREBY CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF A DOCUMENT THAT WAS RECORDED AS AN OFFICIAL RECORD WITH THE CLERK OF THE CIRCUIT COURT & COMPTROLLER, PALM BEACH COUNTY.

VISIT https://appsgp.mypalmbeachclerk.com/Services/EcertifyService/Helper/VerifyImage.html TO VALIDATE THIS DOCUMENT

Digitally signed by Joseph Abruzzo
Date: 2025.06.02 11:30:20 -04:00
Clerk of the Circuit Court & Comptroller, Palm Beach County
Location: 205 N. Dixie Highway, West Palm Beach, FL 33401

Copies furnished to: /JB

Michael D. Brown, Esq., 2655 N. Ocean Dr., Ste. 200, Riviera Beach, FL 33404
Larry M. Mesches, Esq., 525 Okeechobee Blvd., Suite 1530, West Palm Beach, FL 33401

Unique Code : BAA-BAA-BCAJJ-CABIACAECBB-FBACEG-J Page 2 of 2

20100471954 BOOK 24248 PAGE 200, 2 OF 2

I hereby certify the foregoing is a true copy of the record in my office with redactions, if any as required by law as of this day, May 25, 2018.
Sharon R. Bock, Clerk and Comptroller, Palm Beach County, Florida
BY _____ Deputy Clerk



# Electronically Certified Official Record

### DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Clerk of the Circuit Court & Comptroller, Palm Beach County |
| **Clerk of the Circuit Court:** | The Honorable Joseph Abruzzo |
| **Date Issued:** | 6/2/2025 11:30:14 AM |
| **Unique Reference Number:** | BAA-BAA-BCAJJ-CABIADCJIEI-FBACEF-A |
| **Instrument Number:** | 20180329848 |
| **Requesting Party Code:** | 100 |
| **Requesting Party Reference:** | 15216337 |

### CERTIFICATION

Pursuant to Sections 90.955(1) and 90.902(1), Florida Statutes, and Federal Rules of Evidence 901(a), 901(b)(7), and 902(1), the attached document is electronically certified by The Honorable Joseph Abruzzo, Clerk of the Circuit Court & Comptroller, Palm Beach County, to be a true and correct copy of an official record or document authorized by law to be recorded or filed and actually recorded or filed in the office of the Clerk of the Circuit Court & Comptroller, Palm Beach County. The document may have redactions as required by law.

### HOW TO VERIFY THIS DOCUMENT

This electronically certified document contains a unique electronic reference number for identification printed on each page. This document is delivered in PDF format and contains a digital signature identifying the certifier and tamper-evident seal validating this document as a true and accurate copy of the original recorded. To view the tamper-evident seal and verify the certifier's digital signature, open this document with Adobe Reader software. Instructions for verifying this instrument are available for customers in the USA and Canada and for customers in other countries.

**The web address shown above contains an embedded link to the verification page for this particular document.



```
CFN 20180329848
OR BK 30081 PG 1022
RECORDED 08/24/2018 15:32:51
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 1022 - 1023; (2pgs)
```

IN THE FIFTEENTH JUDICIAL
CIRCUIT COURT OF FLORIDA, IN
AND FOR PALM BEACH COUNTY

SARA DOZIER

    Plaintiff,

vs.

JEFFREY SISKIND, ESQUIRE, and
PATRIOT RESIDENTIAL PROPERTIES,
INC.,

    Defendants.

_____/

CASE NO.: 502009CA033862XXXXMB

**ACKNOWLEDGMENT OF
ASSIGNMENT OF JUDGMENT**

    COMES NOW, Angela Dozier, as Successor Trustee of the Sara L. Dozier Revocable Trust dated May 10, 2018, the Successor to Sara Dozier, Plaintiff in the above styled matter, and hereby provides the following in support of an ASSIGNMENT OF JUDGMENT:

    1) THAT on or about December 1, 2010, Judgment was entered by the Fifteen Judicial Circuit Court of Florida in the above styled Case No. 50229CA033862XXXXMB.

    2) THAT Plaintiff Sara Dozier was awarded damages against Defendants Jeffrey M. Siskind and Patriot Residential Properties, Inc., jointly and severally, in the amount of Four Hundred Three Thousand One Hundred Eighty-Six and 27/100 Dollars ($403,186.27).

    3) THAT there have been no renewals since the entry of said judgment by the court and that neither Sara Dozier nor her successor has received more than Seven Hundred Fifty Dollars ($750.00) from Defendants that is creditable against this judgment.

    4) THAT on May 10, 2018, Plaintiff Sara Dozier executed a revocable trust, that among other items, conveyed title of the subject Final Judgment to the Sara L. Dozier Revocable Trust, dated May 10, 2018, and named Angela Dozier as Successor Trustee upon her death.

    5) THAT on May 18, 2018, Plaintiff Sara Dozier died.

    6) THAT as successor in interest, to Plaintiff, the Sara L. Dozier Revocable Trust dated

Unique Code : BAA-BAA-BCAJJ-CABIADCJIEI-FBACEF-A Page 1 of 2

I HEREBY CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF A DOCUMENT THAT WAS RECORDED AS AN OFFICIAL RECORD WITH THE CLERK OF THE CIRCUIT COURT & COMPTROLLER, PALM BEACH COUNTY.
VISIT https://appsgp.mypalmbeachclerk.com/Services/EcertifyService/Helper/VerifyImage.html TO VALIDATE THIS DOCUMENT

Digitally signed by Joseph Abruzzo
Date: 2025.06.02 11:30:16 -04:00
Clerk of the Circuit Court & Comptroller, Palm Beach County
Location: 205 N. Dixie Highway, West Palm Beach, FL 33401

May 10, 2018, is the judgment creditor of record.

7) THAT the last known address of record for the judgment debtors is 3465 Santa Barbara Dr., Wellington, FL 33414, and is within the geographical boundaries of Palm Beach County, Florida.

8) THAT a certified copy of the judgment, as attached, was obtained for recording in the official records of Palm Beach County of the State of Florida.

9) THAT a fifty percent (50%) undivided interest of all title, right, and interest in the within judgment along with all further arising causes of action relating to this matter are hereby irrevocably transferred without recourse, to:

> Robert Gibson
> 313 Datura Street, Suite 101
> West Palm Beach, FL 33401

10) THAT Assignee, Robert Gibson is authorized to recover, compromise, settle and enforce the entirety of said judgment.

Sara Dozier Revocable Trust Sara L. Dozier dated May 10, 2018.

Angela Dozier, Successor Trustee
c/o Michael D. Brown, Esq.
712 US Highway 1, Suite 210-6
North Palm Beach, FL 33408-4521
Phone (561) 848-4306
Fax (561) 842-6845
lawmdbrown@aol.com

SWORN AND SUBSCRIBED TO BEFORE ME, THIS 14th DAY OF ~~May~~ August 2018

Notary Public

Unique Code : BAA-BAA-BCAJJ-CABIADCJIEI-FBACEF-A Page 2 of 2