```
                                                  Jun-25-2001 08:23am 01-269282
                                                       ORB 12673 Pg 511
This Instrument Prepared by:                      Con   707,000.00 Doc 4,949.00
Name:    RONALD WITKOWSKI, P.A.                   DOROTHY H. WILKEN, CLERK PB COUNTY, FL
Address: 12798 FOREST HILL BLVD.
         WELLINGTON, FL 33414

Return to:
Address: RONALD WITKOWSKI, P.A.
         12798 FOREST HILL BLVD.
         WELLINGTON, FL 33414
         01-128RW
         W/C #106 (njm)

Property Appraisers Parcel Identification Number(s):
73-41-44-21-03-000-0010
Grantee(s) S.S #'s:
```

**NOT A CERTIFIED COPY**

SPACE ABOVE THIS LINE FOR PROCESSING DATA        SPACE ABOVE THIS LINE FOR RECORDING DATA

**THIS WARRANTY DEED** Made the 19th day of June, 2001, by **Palm Beach Polo Holdings, Inc.**, a Florida corporation, hereinafter called the grantor, to **Jeffrey M. Siskind**, a married man, whose post office address is **3465 Santa Barbara Drive, Wellington, Florida, 33414**, hereinafter called the grantee:

(Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**WITNESSETH**, that the grantor, for and in consideration of the sum $10.00 and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee all that certain land situate in **Palm Beach County**, State of Florida, viz:

Lot 1, Phase I of SOUTHFIELDS OF PALM BEACH POLO AND COUNTRY CLUB - WELLINGTON COUNTRYPLACE - P.U.D., according to the Plat thereof as recorded in Plat Book 39, Page 19, Public Records of Palm Beach County, Florida.

**Together**, with all the tenements, hereditaments and appurtenances thereto belonging or in otherwise appertaining.

**To Have and to Hold**, the same in fee simple forever.

And the grantor hereby covenants with the grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land, and hereby warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2000, and is

Subject to restrictions, reservations and easements of public record and taxes subsequent to the year 2000, which are not reimposed by reference thereto.

In Witness Whereof, the said grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

Witness _____
Printed Name: Douglas Moschiano

Witness _____
Printed Name: Thomas Bulder

Palm Beach Polo Holdings, Inc., a Florida corporation

By: _____
Glenn Straub, President

Address: 11199 Polo Club Road
Wellington, FL 33414

STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this 19th day of June, 2001, by Glenn Straub, as President of Palm Beach Polo Holdings, Inc., a Florida corporation, on behalf of the corporation, who is/are personally known to me or who has produced _____ as identification, and who did/did not take an oath.

Notary Signature: Eugenia Van Santen
Printed Name: GENIE VAN SANTEN
My Commission Expires: 3/5/2005

NOTARY RUBBER STAMP SEAL

GENIE VAN SANTEN
MY COMMISSION # DD 006801
EXPIRES: March 5, 2005
Bonded Thru Notary Public Underwriters

```
Prepared by and Return To:                    CFN 20120147680
Jeffrey M. Siskind, Esquire                   OR BK 25138 PG 1202
525 S. Flagler Drive, Suite 500               RECORDED 04/16/2012 09:18:04
West Palm Beach, FL 33401                     Palm Beach County, Florida
                                              AMT 10.00
PCN 73-41-44-21-03-000-0010                   Doc Stamp 0.70
                      Warranty Deed           Sharon R. Bock,CLERK & COMPTROLLER
                                              Pg 1202; (1pg)
```

**This Warranty Deed** made this 12th day of April, 2012 between Jeffrey M. Siskind and Second Siskind Family Trust, whose address is c/o Jeffrey M. Siskind, 525 South Flagler Drive, Suite 500, West Palm Beach, FL 33401 "Grantee:"

(Whenever used herein the terms "Grantor" and "Grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees.)

**Witnesseth,** that said Grantor, for and in consideration of the sum TEN AND NO/100 DOLLARS ($10.00) and other good valuable consideration to said Grantor in hand paid by said Grantee, the receipt whereof is hereby acknowledged, does hereby grant, bargain, sell, alienate, remise, release, convey and confirm unto the said Grantee, and Grantee's heirs and assigns forever, all the right, title, interest, claim and demand which Grantor has in and to the following described land, situate, lying and being in Palm Beach County, Florida to-wit:

> Lot 1, Phase I of SOUTHFIELDS OF PALM BEACH POLO AND COUNTRY CLUB – WELLINGTON COUNTRYPLACE – P.U.D., according to Plat thereof as recorded in Plat Book 39, Page 19, Public Records of Palm Beach County, Florida.

**To Have and to Hold,** the same together with all and singular the appurtenances thereto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of Grantor, either in law or equity, for the use, benefit and profit of the said Grantee forever.

**Subject to** zoning, restrictions, prohibitions and other requirements imposed by governmental authority, restrictions and matters appearing on the Plat or otherwise common to the subdivision, easements of record, taxes for the current year and all subsequent years, and all items of record, which are not intended to be re-imposed hereby.

**In Witness Whereof,** Grantor has signed and granted these presents the day and year first above written.

Witness as to both signors
Print: Martin D Gros

Witness as to both signors
Print: Liliana Cruz

_____
Jeffrey M. Siskind

State of Florida

County of Palm Beach

Before me this 12 day of April, 2012, appeared Jeffrey M. Siskind, who produced _____ as identification, or who is personally known to me and who voluntarily affixed their signatures hereto in my presence, and did/did not take an oath.

(SEAL)

MARTIN D. GROS
Notary Public - State of Florida
My Commission Expires Jun 17, 2012
Commission # DD 763296

NOTARY PUBLIC
Print Name: Martin D Gros
Comm. Exp. 6-17-2012