IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION: "AK"
CASE NO.: 50-2023-CA-014179-XXXA-MB

US BANK NA SUCCESSOR TRUSTEE
TO BANK OF AMERICA,
    Plaintiff/Petitioner
vs.
JEFFREY SISKIND, TRUSTEE OF THE SECOND
SISKIND FAMILY TRUST, TANYA SISKIND,
BENEFICIARY OF THE SECOND SISKIND FAMILY TRUST,
JEFFREY M SISKIND, et al.,
    Defendant/Respondents.
_____/

## ORDER DIRECTING PLAINTIFF TO SEEK CLARIFICATION FROM THE UNITED STATES BANKRUPTCY COURT
(ORD)

    **THIS MATTER** came before the Court *sua sponte* following an October 22, 2025, Order Requiring Plaintiff to Submit Written Status Report on or before November 7, 2025. On November 6, 2025, the Plaintiff filed a Status Report indicating Defendant, ROBERT GIBSON, is not the debtor under the subject Note and Mortgage and has been named in this case for his junior interest as the assignee of a judgment secured by the same real property that is the subject of this mortgage foreclosure. The Court having reviewed the court file, which includes Defendant, ROBERT GIBSON's, Suggestion of Bankruptcy, and being fully advised in the premises, it is

    **ORDERED AND ADJUDGED** that within **ten (10) days** from the date of this Order, the Plaintiff is directed to file a motion with the United States Bankruptcy Court seeking confirmation/clarification that this action is not stayed under 11 U.S.C. § 362 and/or seeking relief from the automatic stay to proceed with this action. See, e.g., In re Hill, 364 B.R. 826, 828 (Bankr. M.D. Fla. 2007) ("Comfort orders serve a valuable purpose. The Orders are entered primarily for a third party's benefit, often to help a sister state court attempting to determine whether it can proceed with a pending action, such as a foreclosure."). It is:

    **FURTHER ORDERED AND ADJUDGED** that upon the filing of the motion in the United States Bankruptcy Court, the parties shall file a notice of compliance with this Court. Further, the parties shall file with this Court copies of any and all relevant orders entered by the United States Bankruptcy Court, and courtesy copies to Chambers, within **five (5) days** of issuance of the Bankruptcy Court's order(s).

    **DONE AND ORDERED** in Chambers, at West Palm Beach, Palm Beach County, Florida.

Case No. 50-2023-CA-014179-XXXA-MB

```
50-2023-CA-014179-XXXA-MB   12/04/2025
James Sherman
Judge
```

**COPIES TO:**

| | | |
|---|---|---|
| DANIEL WASSERSTEIN ESQ | 301 YAMATO RD STE 2199 BOCA RATON, FL 33431 | DANW@WASSERSTEINPA.COM |
| FLAGSTAR BANK FSB | 5151 CORPORATE DRIVE TROY, MI 48098 | |
| JEFFREY M. SISKIND | 3465 SANTA BARBARA DR WELLINGTON, FL 33414 | |
| JEFFREY SISKIND | 3465 SANTA BARBARA DR WELLINGTON, FL 33414 | jeffsiskind@msn.com jeffsiskind@gmail.com |
| JEFFREY SISKIND, TRUSTEE OF THE SECOND SISKIND FAMILY TRUST | 3465 SANTA BARBARA DR WELLINGTON, FL 33414 | |
| MICHAEL D. BROWN ESQ | 712 US HIGHWAY 1 STE 210-6 NORTH PALM BEACH, FL 33408 | LAWMDBROWN@AOL.COM christen@lawmdbrown.com michael@lawmdbrown.com |
| ROBERT GIBSON | 2385 NW EXECUTIVE CENTER DR #100 Boca Raton, FL 33431 | intelexigent@gmail.com |
| ROBERT GIBSON | 2385 NW EXECUTIVE CENTER DR #100 Boca Raton, FL 33431 | |
| TANYA L. SISKIND | 3465 SANTA BARBARA DR WELLINGTON, FL 33414 | |
| THOMAS H DOUGHERTY ESQ | P.O. BOX 30056 PALM BEACH GARDENS, FL 33420 | thdpalaw@gmail.com thdassistant@att.net thdlaw@bellsouth.net |
| TRISUN FINANCIAL GROUP II LLC SUCCESSOR BY MERGER | 100 LINCOLN ROAD UNIT 1142 MIAMI BEACH, FL 33139 | |
| WENDY GRIFFITH ESQ | 610 CRESCENT EXECUTIVE CT STE 112 LAKE MARY, FL 32746 | wgriffith@bitman-law.com agerber@bitman-law.com adupler@bitman-law.com mkeane@bitman-law.com kimy@bitman-law.com |

Case No. 50-2023-CA-014179-XXXA-MB

| | |
|---|---|
| TRISUN FINANCIAL GROUP II LLC SUCCESSOR BY MERGER | C/O FLORIDA SECRETARY OF STATE<br>2415 N. MONROE ST STE 810<br>TALLAHASSEE, FL 32303 |