UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

*In re:*

**ROBERT ALLEN GIBSON,**

   **Debtor.**
_____/

CASE NO. 25-18613-PDR
CHAPTER 13

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copiy of the following document was served upon all interested parties listed on the Service List, in the manner noted, on January 6, 2026:

1. Notice of Hearing on US BANK's Motion for Comfort Order, or Alternatively, Motion for Relief from Stay ("Motion") [DE 41] scheduled for January 5, 2026 at 10:00 a.m.

Dated January 6, 2026.

                                                  BITMAN O'BRIEN, PLLC

                                                /s/ Wendy Griffith
                                                Wendy Griffith, Esq.
                                                FLORIDA BAR#: 72840
                                                610 Crescent Exec. Ct., Suite 112
                                                Lake Mary, FL 32746
                                                Telephone: 407-815-3110
                                                Email: wgriffith@bitman-law.com
                                                Counsel for US BANK

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 6, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing to all CM/ECF participants:

Robin R. Weiner and Matt Girardi, United States Trustee
ecf@ch13weiner.com
ecf2@ch13weiner.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**VIA EMAIL to the following:**

Palm Isles I Condo. Assn, Inc.
aleksandrangonzalez@gmail.com

Michael Johnson, Esq. – Debtor's counsel
info@attorneydebthelper.com

**VIA U.S. MAIL to the parties on the attached:**

BITMAN O'BRIEN, PLLC

/s/ Wendy Griffith
Wendy Griffith, Esq.
FLORIDA BAR#: 72840
610 Crescent Exec. Ct., Suite 112
Lake Mary, FL 32746
Telephone: 407-815-3110
Email: wgriffith@bitman-law.com

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).

| | | |
|---|---|---|
| Dick Dwyer, Swyer Surveillance, Inc. 6001 Wedgewoo0d Village Cir. Lake Worth, FL 33463 | Capital One PO Box 30285 Salt Lake City, UT 84130-0285 | Capital One N.A. by AIS InfoSource LP as agent PO Box 71083 Charlotte, NC  28272-1083 |
| Kelly Landers POB 2031 Palm Beach, FL 33480-2031 | JP Morgan Chase 3415 Vision Drive Columbus, OH 43219-6009 | Joseph Karam 785 8th Ct., #8 Vero Beach, FL 32962-1635 |
| William LaRoque 4996 North Citation Dr., #104 Delray Beach, FL 33445-6581 | Office of the US Trustee 51 S.W. 1st Ave. Suite 1204 Miami, FL 33130-1614 | |